UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
ENEKAN EDO,

                          Plaintiff,                                    **ORDER**
                                                                **24 CV 2187 (PKC)(LB)**
           -against-

OFFICER DANIEL RYAN and
JOHN DOE,

                          Defendants.
---------------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

The Court held a status conference in *pro se* plaintiff's civil rights case on March 11, 2025.

Plaintiff appeared and attorney Mamoon Saleemi appeared on behalf of defendants. The Court

excused plaintiff's nonappearance at the February 13, 2025 status conference and confirmed

plaintiff's address is correct on the docket.

For the reasons discussed on the record, defendants' motion to compel, ECF No. 29, is

granted. In Court, defendants' counsel gave plaintiff a hard copy of the interrogatories served on

plaintiff in November. Plaintiff shall respond to the interrogatories by March 28, 2025. The Court

told plaintiff to keep a copy of his responses. Plaintiff was explicitly warned that if he failed to

respond to defendants' interrogatories by March 28, 2025, I shall recommend that this case should

be dismissed for plaintiff's failure to comply with the Court's Order. Fed. R. Civ. P. 37; see also

Valentine v. Museum of Modern Art, 29 F.3d 47, 49 (2d Cir. 1994) ("The severe sanction of

dismissal with prejudice may be imposed even against a plaintiff who is proceeding pro se, so long

as warning has been given that noncompliance can result in dismissal.").

The Court also reset the discovery deadline. The parties shall complete all discovery by April 25, 2025.[1] No further extension shall be granted. Any party seeking to file a dispositive motion shall file a pre-motion conference request by May 9, 2025 in accordance with Judge Chen's Individual Rules.

SO ORDERED.

_____/S/_____

LOIS BLOOM
United States Magistrate Judge

Dated:  March 11, 2025
        Brooklyn, New York

---

[1] Plaintiff stated that he was unable to view the body worn videos produced by defendants. As plaintiff and defendants' counsel confirmed that they have successfully exchanged emails, defendants' counsel shall provide another copy of the body worn videos by March 14, 2025 and plaintiff shall cooperate with defendants' counsel to schedule his deposition. The Court explained that a deposition is a seven-hour question and answer session under oath with a Court reporter. Fed. R. Civ. P. 30.